UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

**Winters Cleaning Services, LLC,**

Debtor.

In Bankruptcy:

Case No. 26-50838-mlo
Chapter 11 (Subchapter V)
Hon. Maria L. Oxholm

**ORDER SCHEDULING EXPEDITED IN PERSON HEARING ON DEBTOR'S FIRST DAY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL**

Winters Cleaning Services, LLC (the "Debtor") filed its First Day Motion for Interim and Final Orders (I) Authorizing Debtor to Use Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling Final Hearing [Dkt. #17] (the "Cash Collateral Motion") and its Ex Parte Motion for Expedited Hearing. The Court has determined that the Cash Collateral Motion qualifies as a First Day Motion under E.D. Mich. LBR 9001-1(b) and 9013-1 and that cause exists under Fed. R. Bankr. P. 4001(b)(2) and 9006(c)(1) to hear the interim request on an expedited basis. Accordingly,

IT IS ORDERED:

1. An interim hearing on the Cash Collateral Motion will be held ***in person*** on **Thursday October 15, 2026 at 11:00 a.m.**, before the Honorable Maria L. Oxholm, United States Bankruptcy Court, 211 West Fort Street, Courtroom 1875, Detroit, Michigan 48226 in accordance with this Court's Notice Regarding Conduct of Hearings Before Judge

Maria L. Oxholm found on the U.S. Bankruptcy Court for the Eastern District of Michigan's website.

2. Any party may respond to the interim relief requested in the Cash Collateral Motion at the hearing. Written responses, if any, should be filed and served by Wednesday October 14, 2026 at 12:00 p.m. (Eastern Time).

3. By Wednesday October 7, 2026, the Debtor shall serve this Order, the Cash Collateral Motion and all related papers on the United States Trustee, the subchapter V trustee, all secured creditors (including each Cash Collateral Creditor), the creditors on the list filed under Fed. R. Bankr. P. 1007(d), and any other adverse party, by the means required by E.D. Mich. LBR 9013-1(b), and shall promptly file a certificate of service.

4. The Debtor shall immediately notify counsel for each Cash Collateral Creditor that has appeared, and the United States Trustee, of the entry of this Order by telephone or email, as required by E.D. Mich. LBR 9006-1(b).

5. A final hearing on the Cash Collateral Motion will be scheduled in the interim order, if one is entered, or by further order of the Court.

**Signed on October 6, 2026**

**/s/ Maria L. Oxholm**

**Maria L. Oxholm**
**United States Bankruptcy Judge**